UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RUSSELL L. COBB,

                Petitioner,

     v.

SUPERINTENDENT JOHN DOE BRUNDON, *et al*,

                Respondents.

Case No.  C05-5776RBL

ORDER DISMISSING COMPLAINT

    The Court, having reviewed the Complaint, the Report and Recommendation of Judge Karen L. Strombom, United States Magistrate Judge, and the remaining record, does hereby find and Order:

    (1)    the Court adopts the Report and Recommendation;

    (2)    petitioner's complaint is DISMISSED with prejudice; and

    (3)    the Clerk is directed to send copies of this Order to petitioner and to Magistrate Judge Karen L. Strombom.

DATED this 26th day of May, 2006.

                                 */s/ Ronald B. Leighton*
                                 RONALD B. LEIGHTON
                                 UNITED STATES DISTRICT JUDGE